IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISTINE A. NOVAK,

          Plaintiff,                                                     ORDER

v.

                                                                   12-cv-105-slc

JP MORGAN CHASE, NATIONAL ASSOCIATION,

          Defendant.

---

        On March 19, 2012, I directed plaintiff Kristine A. Novak, who is proceeding pro se, to serve her complaint on defendant JP Morgan Chase, National Association. I provided plaintiff with forms and instructions on how to serve a complaint by waiver of summons and gave her until May 15, 2012 to file proof of service on the defendant. The deadline has since passed and the court has not received proof of service from plaintiff or a written explanation of the efforts she has made to serve the defendant. Although the outside deadline under Fed. R. Civ. P. 4(m) for serving the complaint is June 22, 2012, this court expects plaintiff to promptly to serve her complaint so that she can get a response from the defendant and obtain a schedule from the court for future proceedings, including a firm trial date. So, plaintiff must provide a status report as to what steps plaintiff has taken to serve her complaint on the defendant.

ORDER

        IT IS ORDERED that plaintiff Kristine Novak may have until June 4, 2012, in which to advise the court in writing what steps she has taken to serve her complaint on the defendant. If, by June 4, 2012, plaintiff fails to respond to this order, the clerk of court is to enter judgment dismissing this action without prejudice for plaintiff's failure to prosecute.

        Entered this 24th day of May, 2012.

                                                    BY THE COURT:

                                                    /s/

                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge