IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISTINE A. NOVAK,

    Plaintiff,

v.

JP MORGAN CHASE, NATIONAL ASSOCIATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-105-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

_____     __6/13/12__
Peter Oppeneer, Clerk of Court            Date